IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA MODICA, | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAPLE MEADOWS HOMEOWNERS | : | No. 13-0036 |
| ASSOCIATION et al., | : | |
|       Defendants. | : | |

## O R D E R

**AND NOW**, this 31st day of January, 2014, upon consideration of Maple Meadows Homeowners Association's ("Maple Meadows") Motion for Summary Judgment (Docket No. 24) and Ms. Modica's Response thereto (Docket No. 25), **it is HEREBY ORDERED that:**

1. The Motion for Summary Judgment (Docket No. 24) **IS GRANTED**;

2. accordingly, the outstanding Motions *in Limine* (Docket Nos. 31, 32, 33, 34 & 39) are **DISMISSED AS MOOT**;

3. because each of Maple Meadows' and CLC Landscapes, Inc.'s ("CLC") cross-claims (Docket Nos. 4, 11) against the other was contingent upon the cross-claimant's liability to Ms. Modica, the cross-claims are **DISMISSED** without prejudice;[1]

4. the final pretrial conference scheduled for February 14, 2014, is canceled; *and*

5. the Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

                                                  BY THE COURT:

                                                  S/Gene E.K. Pratter
                                                  GENE E.K. PRATTER
                                                  United States District Judge

---

[1] The parties stipulated to the dismissal without prejudice of claims against CLC (Docket No. 23), so neither Maple Meadows nor CLC has a claim, any longer, against the other.